# The Atkin Firm, LLC

Attorneys at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

By: John C. Atkin, Esq.*
 ---
* Member of NJ, NY, and PA Bar

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

03/11/2020

**VIA ECF**

The Honorable Cathy L. Waldor
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: **Strike 3 Holdings, LLC v. John doe Subscriber assigned IP address 73.150.13.47**
    **Dkt. No. 2:19-cv-16096-SRC-CLW**

Judge Waldor:

  As Your Honor is aware, I represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter. Pursuant to Your Honor's judicial preferences, Strike 3 previously requested permission to file a motion for leave to serve a third party subpoena prior to the Rule 26(f) conference on August 23, 2019. *See* ECF No. 4. To date, Your Honor has not addressed that request, but has granted motions to extend the deadline for service of process in this matter, *see* ECF Nos. 6, 8, and granted leave on a similar request, which was filed on the same date in another Strike 3 matter. *See* Dkt. No. 2:19-cv-16098, ECF No. 4 (request to file discovery motion dated 8/23/19), No. 8 (text order granting leave to file discovery motion entered on 2/19/20).

  Please allow this letter to serve as a renewed request by Strike 3 to file a discovery motion in this matter, which will seek permission to file a Motion seeking leave to file a third-party subpoena on Defendant's ISP prior to the Rule 26(f) conference.

  Thank you for your attention to this matter.

                Respectfully submitted,

                */s/ John C. Atkin*

                John C. Atkin, Esq.